UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **Roger C. Johnson,** | **Civil No. 06-1141 (JMR-JJG)** |
| Plaintiff, | |
| v. | **ORDER** |
| **Commissioner of Social Security,**<br>**Michael D. Quayle,**<br>**Tim Grover,** | |
| Defendants. | |

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Johnson's motion for summary judgment (Doc. No. 6) is **DENIED.**

2. The Commissioner's motion for summary judgment (Doc. No. 7) is **GRANTED.**

3. The Commissioner's application to strike parties from the case caption is **DENIED AS MOOT.**

Dated this 9th day of March, 2007.

                                                    s/James M. Rosenbaum
                                                    JAMES M. ROSENBAUM
                                                    United States District Court Judge